NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

KAZ MIKOL-CHARLS CATALANO,
DOC #C11636,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

Case No. 2D17-1845

Opinion filed March 6, 2019.

Appeal from the Circuit Court for Manatee
County; Hunter W. Carroll, Judge.

Luke Newman of Luke Newman, P.A.,
Tallahassee, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Kiersten E. Jensen,
Assistant Attorney General, Tampa, for
Appellee.

PER CURIAM.

      Affirmed.

CASANUEVA, SILBERMAN, and MORRIS, JJ., Concur.